UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RICHARD TONSTAD,

   Plaintiff,

v.                                   CASE NO.:  5:16-cv-00325-TJC-PRL

HARLEY-DAVIDSON FINANCIAL
SERVICES, INC.,

   Defendant.
_____/

## NOTICE OF SETTLEMENT

     Plaintiff, Richard Tonstad, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, Richard Tonstad, and Defendant, Harley-Davidson Financial Services, Inc., have reached a settlement with regard to this case, and are presently drafting, finalizing, and formalizing such. Upon execution of the same and certain terms of the agreement, the parties will file the appropriate dismissal documents to dismiss this matter with prejudice.

                                                                   */s/ Jared M. Lee*
                                                                  Jared M. Lee, Esquire
                                                                  Morgan & Morgan, P.A.
                                                                  20 N. Orange Avenue
                                                                  Suite 1600
                                                                  Orlando, FL 32801
                                                                  Tele:  (407) 420-1414
                                                                  Fax:  (407) 245-3485
                                                                  Florida Bar No.:  0052284
                                                                  JLee@ ForThePeople.com
                                                                  MHoilett@ForThePeople.com
                                                                  *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE:

I HEREBY CERTIFY on this 15th day of February 2017, I electronically filed the foregoing document with the United States District Court, Middle District of Florida, Ocala Division by using the CM/ECF system. I certify the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Benjamin J. Sitter
McGuireWoods LLP
EQT Plaza
625 Liberty Avenue
23rd Floor
Pittsburgh, PA 15222-3142
T:  (412) 667-7904
M: (510) 504-8081
F:  (412) 667-7991
*Counsel for Defendant*

      */s/ Jared M. Lee*
      Jared M. Lee, Esquire